UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MIRANNA WILSON,<br><br>　　　　　　Defendant. | Case No. 6:19-PO-5023-KLD<br><br>VIOLATION: 6327859<br><br>DISPOSITION CODE: PE<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated November 22, 2019, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $530.00 to $100.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $100.00, and shall do so by paying this on or before January 6, 2020.

Defendant is directed to send her payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make her payments through the website at www.cvb.uscourts.gov.

Defendant is advised that if she fails to pay the collateral as ordered the Court may issue a warrant for her arrest.

DATED this 19th day of December, 2019.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge